IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | | |
|---|---|---|---|
| IN RE: Esther P Akinyi | ) | | |
| Debtor | ) | Case No. | 18-14722 |
| | ) | Chapter | 13 |
| | ) | | |

**DEBTOR'S MOTION TO REINSTATE CASE AND CONVERT FROM CHAPTER 13 to CHAPTER 7**

Now comes the Debtor, Esther Garner, and through her counsel, Dmitry Balannik, states as follows:

1. The Debtor has, upon further analysis of her financial situation, determined that she would not be able to sustain Chapter 13 Plan payments.

2. The Debtor now wishes to reinstate her case and convert to Chapter 7

**WHEREFORE**, the Debtor moves the Court to reinstate the instant case and convert from Chapter 13 to Chapter 7.

Respectfully submitted,

/s/ Dmitry Balannik
Dmitry Balannik #28856
715 Rolling Fields Way
Rockville, MD 20850
(240) 506-6850
*Attorney for the Debtor*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 9th day of October, 2018 a photocopy of the foregoing

was emailed and mailed first class, postage prepaid, to:

Chapter 13 Trustee

All creditors on Mailing Matrix attached herewith as Exhibit A via ECF and US Mail, postage prepaid.

/s/ Dmitry Balannik<br>
Dmitry Balannik

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | | |
|---|---|---|---|
| **IN RE: Esther P Akinyi** | ) | | |
| **Debtor** | ) | Case No. | 18-14722 |
| | ) | Chapter | 13 |
| | ) | | |

### ORDER ON DEBTOR'S MOTION TO REINSTATE CASE AND CONVERT FROM CHAPTER 13 TO CHAPTER 7

The Debtor's Motion, having been considered, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that Debtor's **MOTION IS GRANTED**

.

cc: Debtor's Counsel

Chapter 13 Trustee

**END OR ORDER**