United States Bankruptcy Court
District of Maryland

In re:                                                                  Case No. 18-14722-WIL
ESTHER P AKINYI                                                         Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0416-0       User: lalexande       Page 1 of 1                Date Rcvd: Oct 11, 2018
                           Form ID: stint        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2018.
db                ESTHER P AKINYI,    18414 Hallmark Ct,    Gaithersburg, MD  20879-4671

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2018 at the address(es) listed below:
      Dmitry David Balannik    dbalannik@touchlaw.net,  michelle@touchlaw.net
      Nancy  Spencer Grigsby    grigsbyecf@ch13md.com
                                                                                        TOTAL: 2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **18–14722 – WIL**   Chapter: **7**

**ESTHER P AKINYI**
Debtor

# NOTICE OF MISSING STATEMENT OF INTENT

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The Statement of Intention is missing.** |
| CURE: | **The Statement of Intention shall be filed with the Court by the date below.**<br>**A copy of the Statement of Intention shall be served on the trustee and creditors named in the statement on or before the filing of the statement.** |

**The above deficiency must be cured by 11/13/18 , or on or before the date of the first meeting of the creditors, whichever is earlier.**

**Additional information for non−attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no−attorney**

Dated: 10/11/18

        Mark A. Neal, Clerk of Court
        by Deputy Clerk, Lisa Alexander
        301−344−3378

cc:   Debtor
      Attorney for Debtor − Dmitry David Balannik

Form stint (rev. 03/2005)